**HOLMES, TAYLOR, SCOTT & JONES LLP**
Andrew B. Holmes (SBN: 185401)
abholmes@htsjlaw.com
Patrick V. Chesney (SBN: 267587)
patrick.chesney@htsjlaw.com
617 South Olive Street, Suite 1200
Los Angeles, California 90014
Tel:  (213) 985-2200
Fax: (213) 973-6282

*Attorneys for Plaintiff*
Marc G. Mellman

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MARC G. MELLMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>WORKFORCE ENTERPRISES WFE, INC.; WORKFORCE SOLUTIONS WFS LLC; ATLAS EMPLOYMENT GROUP, INC.; SUPERIOR PERSONNEL INC.; HHM MANAGEMENT, INC.; ANDREW D. HERNANDEZ; HELEN MARTINEZ-HERNANDEZ; ANDREW D. HERNANDEZ, JR.; MARIA RAMIREZ HERNANDEZ; GIANNINI & ASSOCIATES TAX SERVICE; THOMAS F. GIANNINI; and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. 2:18-cv-06612-E<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:   Hon. Charles F. Eick<br>            Roybal Federal Building<br>            255 E. Temple St.<br>            7th Floor, Courtroom 750<br>            Los Angeles, CA 90012 |

1  Pursuant to Local Rule 16-15.7, PLEASE TAKE NOTICE that the parties in
2  the above-captioned action have reached an agreement to settle all claims between
3  them, and a formal settlement agreement has been fully executed by all parties.
4  The final condition of the settlement allowing for dismissal of this entire case
5  should transpire on or about December 7, 2018. Upon confirmation of this final step,
6  an executed Stipulation of Dismissal of the entire action will be filed.

8  Dated: December 4, 2018          HOLMES, TAYLOR, SCOTT & JONES LLP

10          By:     /s/ Andrew B. Holmes
11                  Andrew B. Holmes
                    Attorneys for Marc G. Mellman

HOLMES, TAYLOR, SCOTT & JONES LLP
617 South Olive Street, Suite 1200
Los Angeles, California 90014